10,978-01,02,03,04,05,06-37

Lexter Kossie#700661
William McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

April 26, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 29 2015
Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RE: **WR NOs. 10,978-01  thru 10,978-16**
    **Tr.Ct.NOs. 679887-A thru 679887-K**
    **185th District Court – Harris County**

Dear Clerk:

Recently I have been cited for abuse of the writ. In order for me to show that the claims I intend to raise in my subsequent writ are not barred by Sec 4 I am requesting the docket sheet of all the writs mentioned above **with a list of all of the claims presented in each of those application**. Without a list of all of the claims I cannot show that the claims I intend to raise have not been raised before in those prior applications.

Thank you for any consideration given in this matter.

Sincerely,

Lexter Kennon Kossie

cc:**File**